**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

────────────

**No. 01-7087**

────────────

JACKIE HUGHES,

                              Petitioner - Appellant,

        versus

RONALD HUTCHINSON,

                              Respondent - Appellee.

────────────

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Alexander Williams, Jr., District Judge.
(CA-00-3103)

────────────

Submitted:  November 8, 2001          Decided:  November 16, 2001

────────────

Before WILKINS, MICHAEL, and KING, Circuit Judges.

────────────

Dismissed by unpublished per curiam opinion.

────────────

Jackie Hughes, Appellant Pro Se.  Ann Norman Bosse, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellee.

────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jackie Hughes seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>See</u> <u>Hughes v. Hutchinson</u>, No. CA-00-3103 (D. Md. June 15, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>